UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>    Petitioner,<br><br>    v.<br><br>BIANCA DEVINE, et al.,<br><br>    Respondents. | No. 2: 17-cv-0261 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is incarcerated at the California Correctional Institution ("CCI") which is located in the Fresno Division of the United States District Court for the Eastern District of California. The application attacks a conviction issued by the Los Angeles County Superior Court, which is located in the United States District Court for the Central District of California.[1]

While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

---

[1] Petitioner's claims are difficult to understand. However, he appears to challenge his Los Angeles County convictions for first degree murder, attempted murder and robbery. Petitioner has filed several habeas petitions in this court, and the Fresno Division, challenging these convictions. See Favor v. Vasquez, 2: 17-cv-124 CKD (ECF No. 3 (order transferring habeas petition to Central District)); Favor v. Vasquez, 1: 16-cv-1809 JLT (ECF No. 2 (order transferring habeas petition to Central District)).

any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: March 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Fav261.108